**Donnie Ray WINSTON, Petitioner—
Appellant,**

v.

**John Neil VAUGHAN, Respondent—
Appellee.**

No. 08–6889.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 16, 2009.

Decided: April 22, 2009.

Donnie Ray Winston, Appellant Pro Se.

Before WILKINSON, NIEMEYER,
and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Donnie Ray Winston seeks to appeal the
district court's order denying relief on his
28 U.S.C. § 2254 (2006) petition. The or-
der is not appealable unless a circuit jus-
tice or judge issues a certificate of appeal-
ability. *See* 28 U.S.C. § 2253(c)(1) (2006).
A certificate of appealability will not issue
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2006). A prisoner satisfies
this standard by demonstrating that any
assess-
ment of the constitutional claims by the

district court is debatable or wrong and
that any dispositive procedural ruling by
the district court is likewise debatable.
*See Miller–El v. Cockrell,* 537 U.S. 322,
336–38, 123 S.Ct. 1029, 154 L.Ed.2d 931
(2003); *Slack v. McDaniel,* 529 U.S. 473,
484, 120 S.Ct. 1595, 146 L.Ed.2d 542
(2000); *Rose v. Lee,* 252 F.3d 676, 683–84
(4th Cir.2001). We have independently re-
viewed the record and conclude that Win-
ston has not made the requisite showing.
Accordingly, we deny his motion for a
certificate of appealability and dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*